**Roberto GARIBO–SOSA, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 15-71304

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

FILED August 02, 2016

James B. Rudolph, Esquire, Attorney, Rudolph, Baker & Associates, San Diego, CA, for Petitioner

Lori Warlick, Trial Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Roberto Garibo–Sosa, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual determinations. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010). We deny the petition for review.

Substantial evidence supports the agency's finding that Garibo–Sosa engaged in affirmative acts in support of alien smuggling, which statutorily barred him from establishing good moral character in order to qualify for cancellation of removal. *See* 8 U.S.C. §§ 1101(f)(3), 1182(a)(6)(E)(i), 1229b(b)(1)(B); *Urzua Covarrubias v. Gonzales*, 487 F.3d 742, 748 (9th Cir. 2007) (an individual "may knowingly encourage, induce, assist, abet, or aid with illegal entry,

even if he did not personally hire the smuggler and even if he is not present at the point of illegal entry" (citation and quotation marks omitted)).

## PETITION FOR REVIEW DENIED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

